32

747 A.2d 894

COMMONWEALTH of Pennsylvania, Appellant,

v.

Clayton J. SROCK, Appellee.

Supreme Court of Pennsylvania.

Submitted Nov. 1, 1999.

Decided March 28, 2000.

J. Karen Arnold, Asst. Dist. Atty., for Com.

Deborah Lux, 1st Asst. Public Defender, for Clayton J. Srock.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams,* 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Centre County Court of Common Pleas dated February 16, 1999. Furthermore, we remand the matter to the Superior Court for disposition of any remaining issues.

Jurisdiction is relinquished.